# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT MIMS,**
Appellant,

v.

**CRYSTAL VIEW TOWNHOUSE HOMEOWNER'S ASSOCIATION, INC.,** a
Florida Corporation,
Appellee.

No. 4D19-2330

[March 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 15-1648 CACE (14).

Holly Sheppard of the Sheppard Firm, P.A., Fort Lauderdale, for appellant.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***